UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| Peter Parnell, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> School Board of Lake County, Florida, *et al.*, <br><br> Defendants. | Case No. 4:23-cv-414-AW-MAF |

### PLAINTIFFS' NOTICE OF WITHDRAWAL OF MOTION FOR PRELIMINARY INJUNCTION

On August 29, 2023, Plaintiffs filed a motion for a preliminary injunction in this action, ECF No. 62 (the "Motion"). This Court has set an evidentiary hearing (the "Hearing") on that Motion for next Tuesday and Wednesday, October 24 and 25, 2023. *See* ECF No. 102. Plaintiffs now respectfully provide notice that they withdraw the Motion.

The limited universe of documents produced to Plaintiffs on Friday, October 13, 2023 in pre-Hearing discovery and Plaintiffs' exchanges with opposing counsel related thereto have made clear that significant documentary evidence related to Plaintiffs' claims exists but cannot practicably be produced to Plaintiffs prior to the Hearing. Plaintiffs face a risk of material prejudice from proceeding to adjudication of the Motion, which in turn implicates the likelihood of success on the

merits, in the absence of evidence that Plaintiffs believe is material and that the Escambia County Defendants concede they have yet to search for and/or produce given the time constraints.

For the foregoing reasons, Plaintiffs respectfully withdraw their Motion for a preliminary injunction, ECF No. 62. Plaintiffs further request that the pending pre-Hearing depositions be adjourned and that the parties' motions regarding who may be called as witnesses at the Hearing, ECF Nos. 111, 112, 113, be denied as moot.

Dated: New York, NY
October 16, 2023

Respectfully submitted,

SELENDY GAY ELSBERG PLLC

By:   /s/      *Faith E. Gay*

Anna T. Neill (FBN 100945)
William J. Blechman (FBN 379281)
KENNY NACHWALTER, P.A.
1441 Brickell Avenue, Suite 1100
Miami, FL 33131
Tel: 305-373-1000
atn@knpa.com
wjb@knpa.com

Faith E. Gay (FBN 129593)
Lauren J. Zimmerman*
Max H. Siegel*
Masha Simonova*
SELENDY GAY ELSBERG PLLC
1290 Avenue of the Americas
New York, NY 10104
Tel: 212-390-9000
fgay@selendygay.com
lzimmerman@selendygay.com
msiegel@selendygay.com
msimonova@selendygay.com

*Counsel for Plaintiffs*

*(admitted *pro hac vice*)

2