IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**PETER PARNELL, et al.,**

    **Plaintiffs,**

**v.**                                                Case No. 4:23-cv-414-AW-MAF

**SCHOOL BOARD OF LAKE COUNTY,
FLORIDA, et al.,**

    **Defendants.**
_____/

## ORDER GRANTING JOINT MOTION FOR EXTENSION

The parties' joint motion for extensions (ECF No. 158) is GRANTED.

1. The deadline to complete fact discovery is extended to September 27, 2024. The deadline for any motion to compel remains thirty days before that deadline.

2. Plaintiffs' expert-disclosure deadline is extended to October 4, 2024. Defendant's expert-disclosure deadline is extended to October 18, 2024. The deadline for rebuttal disclosures is extended to October 25, 2024.

3. The deadline to complete expert discovery is November 1, 2024.

4. The dispositive-motions deadline is extended to November 22, 2024. Responses are due December 13, 2024, and replies are due December 20, 2024.

SO ORDERED on June 24, 2024.

                                                  s/ *Allen Winsor*
                                                  United States District Judge