UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| Peter Parnell, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>School Board of Escambia County, Florida,<br><br>    Defendant. | Case No. 4:23-cv-414-AW-MAF |

**NOTICE OF FILING EXHIBIT LIST IN SUPPORT OF
PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

COME NOW Plaintiffs, by and through their undersigned counsel, and hereby file the following documents as Exhibits in support of Plaintiffs' Motion for Summary Judgment, in the order of citation[1]:

1. October 11, 2024 Declaration and Expert Report of Dr. April Dawkins, and curriculum vitae attached as Exhibit A

2. The exhibits introduced during the August 28, 2024 deposition of Victoria Baggett, District[2] employee and challenger of *Tango*:

    a. Exhibit 1: October 5, 2023–November 2, 2023 Email exchange between Baggett and Board General Counsel Ellen Odom

---

[1] For ease of the Court's reference, Plaintiffs have applied highlighting to the specific text cited in certain exhibits.

[2] Plaintiffs incorporate the defined terms set forth in their accompanying Motion for Summary Judgment.

b. Exhibit 2: Northview High School Library Advisory Council webpage (downloaded from Northview High School on August 26, 2024)

c. Exhibit 3: July 1, 2024 Subpoena to Testify at a Deposition in a Civil Action to Baggett, and Rider to Subpoena

d. Exhibit 4: Baggett's August 1, 2024 Response to Plaintiffs' July 1, 2024 Document Request No. 12

e. Exhibit 5: April 4, 2023 District Counseling Session Summary and Strategies for Improvement for Baggett

f. Exhibit 6: December 20, 2022 *Popular Information* article "Meet the Florida English teacher trying to ban 150 books from school libraries," by Judd Legum

g. Exhibit 7: January 9, 2023 *Popular Information* article "Florida English teacher pushing book bans is openly racist and homophobic, students allege," by Judd Legum

h. Exhibit 8: May 13–16, 2022 Email exchange involving Baggett, former Media Services Coordinator Michelle White, and Secondary English Language Arts Specialist Jessica Rowell, produced by Defendant as E-ECSD_PR 039673

i. Exhibit 9: May 20, 2022 Email exchange involving Baggett, Removal Board Member Kevin Adams, former Superintendent Timothy Smith, and Governor Ron DeSantis, produced by Defendant as E-ECSD_PR 039395

j. Exhibit 10: May 14, 2024 Email from Baggett to Governor DeSantis and officials from Florida Department of Education, Florida House of Representatives, and Santa Rosa County School District in Florida

k. Exhibit 11: August 24, 2022 Request for Reconsideration of Educational Media form submitted by Baggett regarding library book *Beyond Magenta*

    l.    Exhibit 12: August 24, 2022 Request for Reconsideration of Educational Media form submitted by Baggett regarding library book *GLBTQ*

    m.    Exhibit 13: July 14, 2022 Email exchange between Baggett and Northview High School Principal Michael Sherrill, produced by Defendant as E-ESCD_PR 029234

    n.    Exhibit 14: August 8, 2022 Email exchange between Baggett and former Superintendent Smith, containing August 5, 2022 list of books challenged by Baggett, produced by Defendant as E-ECSD_PR 000147

    o.    Exhibit 15: August 30–31, 2022 Email exchange involving Baggett and Removal Board Member Adams, produced by Defendant as E-ECSD_PR 047063

    p.    Exhibit 16: October 9–10, 2022 Email exchange involving Baggett and Removal Board Member Adams, produced by Defendant as E-ECSD_PR 039415

    q.    Exhibit 17: April 21, 2023 Email exchange involving Baggett and Removal Board Member Paul Fetsko

    r.    Exhibit 18: February 20, 2023 *Tango* Board appeal packet, produced by Defendant as ECSD000020

    s.    Exhibit 19: August 3–7, 2023 Email exchange involving Baggett and Andrew Miller, Special Correspondent at *The Economist*, produced by Defendant as E-ECSD_PR 000971

3. Board Policy Manual § 4.06 (revised Dec. 19, 2022)

4. August 22–23, 2024 Deposition Transcript of Defendant's Rule 30(b)(6) Representative, Media Services Coordinator Bradley Vinson, in *PEN American Center, Inc. v. Escambia County School District*, Case No. 3:23-cv-10385-TKW-ZCB (N.D. Fla.)

5. September 26, 2024 Deposition Transcript of former Media Services Coordinator White

6. October 3, 2024 Deposition Transcript of Superintendent Keith Leonard

7. August 28, 2024 Deposition Transcript of Baggett

8. List of current and resolved library book challenges in District Public Schools (downloaded from Escambia County Media Services on November 21, 2024)

9. August 4–5, 2022 Email exchange involving Baggett, Removal Board Members Adams and Fetsko, former Superintendent Smith, Board members Patricia Hightower and William Slayton, former Board member Laura Edler, Assistant Superintendent Steve Marcanio, and Governor DeSantis, produced by Defendant as E-ECSD_PR 039413

10. August 4–10, 2022 Email exchange involving Baggett, former Superintendent Smith, former Media Services Coordinator White, General Counsel Odom, Assistant Superintendent Marcanio, and Board member Hightower, produced by Defendant as E-ECSD_PR 049754

11. January 16, 2023 Email from Julia Thomas to Superintendent Leonard, produced by Defendant as E-ECSD_PR 040598

12. January 11, 2023 District letter to Baggett regarding disciplinary action, produced by Defendant as ECSD002384

13. Board Policy Manual § 2.05 (revised February 15, 2022)

14. March 20, 2023–April 28, 2023 Facebook message exchange between Removal Board Member Adams and Baggett, produced by Defendant as ADAMS 046–053

15. March 3–20, 2023 Facebook message exchange between Removal Board Member Adams and Baggett, produced by Defendant as ADAMS 041–045

16. December 31, 2022–February 23, 2023 Facebook message exchange between Removal Board Member Adams and Baggett, produced by Defendant as ADAMS 025–027

17. February 22–24, 2023 Facebook message exchange between Removal Board Member Adams and Baggett, produced by Defendant as ADAMS 032–037

18. October 12–13, 2022 Facebook message exchange between Removal Board Member Adams and constituent, produced by Defendant as AD-AMS 011

19. February 20–21, 2023 Facebook message exchange between Removal Board Member Adams and constituent, produced by Defendant as AD-AMS 028–30

20. February 6–10, 2023 Feedback from community members expressing support for denying Baggett's Committee appeal and for retaining *Tango* in District libraries, produced by Defendant as ECSD000087

21. February 18–21, 2023 Email exchange between constituent and Removal Board Members Adams and Fetsko, produced by Defendant as E-ECSD_PR 000035

22. February 13, 2023 Email from Removal Board Member Adams to self, produced by Defendant as E-ECSD_PR 000152

23. February 20, 2023 Group message exchange involving Removal Board Member David Williams, produced by Defendant as WILLD 001

24. February 20, 2023 Transcript of February 2023 Meeting in which the Board voted to remove *Tango* from District libraries

25. October 4, 2023 Email from Media Services Coordinator Vinson to General Counsel Odom attaching Library and Instructional Materials Report spreadsheet, produced by Defendant as E-ECSD_PR 006735 and E-ECSD_PR 006736

26. Defendant's October 22, 2024 Responses to Plaintiffs' September 17, 2024 First Set of Interrogatories

27. Defendant's October 24, 2024 Responses to Plaintiffs' September 17, 2024 Requests for Admission

Dated: New York, NY
November 22, 2024

Respectfully submitted,

SELENDY GAY PLLC

By: /s/     *Faith E. Gay*
Faith E. Gay (FBN 129593)
Lauren J. Zimmerman*
Masha Simonova*
Alexandra Butler*
Ashley Ulrich*
Bradley Posdal*
SELENDY GAY PLLC
1290 Avenue of the Americas
New York, NY 10104
Tel: 212-390-9000
fgay@selendygay.com
lzimmerman@selendygay.com
msimonova@selendygay.com
abutler@selendygay.com
aulrich@selendygay.com
bposdal@selendygay.com

Anna T. Neill (FBN 100945)
William J. Blechman (FBN 379281)
KENNY NACHWALTER, P.A.
1441 Brickell Avenue, Suite 1100
Miami, FL 33131
Tel: 305-373-1000
atn@knpa.com
wjb@knpa.com

*Counsel for Plaintiffs*

*(admitted *pro hac vice*)