IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**PETER PARNELL, et al.,**

    **Plaintiffs,**

v.                                              Case No. 4:23-cv-414-AW-MAF

**SCHOOL BOARD OF ESCAMBIA
COUNTY, FLORIDA,**

    **Defendant.**

_____/

## **JUDGMENT**

This case was resolved in part at the summary-judgment stage and in part at the motion-to-dismiss stage. Plaintiffs' First Amendment claims against the Escambia County School Board are dismissed on the merits. The claims against the Florida Education Commissioner and all members of the Florida Board of Education are dismissed without prejudice for lack of subject-matter jurisdiction. The claims against the Lake County Superintendent in her individual capacity are dismissed on the merits based on qualified immunity. The claims against the Lake County Superintendent in her official capacity are dismissed as duplicative of claims against the Lake County School Board. The claims against the Lake County School Board are dismissed on the merits based on *Monell*. The claims against the Escambia County Superintendent in his individual capacity are dismissed without prejudice for lack of subject-matter jurisdiction. The claims against the Escambia County

Superintendent in his official capacity are dismissed as duplicative of the claims against the Escambia County School Board. Counts III and IV are dismissed without prejudice for lack of subject-matter jurisdiction.

JESSICA J. LYUBLANOVITS
CLERK OF COURT

September 30, 2025
Date

*s/ TiAnn Stark*
Deputy Clerk: TiAnn Stark